ORIGINAL

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-v-

D-1  JOHNATHAN TAFOYA-MONTANO

    Defendant.
_____/

Case: 2:16-cr-20781
Judge: Leitman, Matthew F.
MJ: Stafford, Elizabeth A.
Filed: 11-28-2016 At 03:31 PM
USA V JOHNATHAN TAFOYA-MONTANO (LG)

18 U.S.C. § 32(a)(1) and (8)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

*(Destruction of Aircraft* - 18 U.S.C. § 32(a)(1) and (8))

D-1  JOHNATHAN TAFOYA-MONTANO

On or about February 1, 2016, in the Eastern District of Michigan and elsewhere, the defendant, JOHNATHAN TAFOYA-MONTANO, did attempt to and did knowingly and willfully set fire, damage, destroy, disable, and wreck

American Airlines flight 1418, an aircraft in the special aircraft jurisdiction of the United States which departed Dallas, Texas, in route to Detroit, Michigan, all in violation of Section 32(a)(1) and (a)(8) of Title 18 of the United States Code.

          BARBARA L. MCQUADE
          UNITED STATES ATTORNEY

          */s/ Matthew Roth*
          Matthew Roth
          Assistant United States Attorney
          211 W. Fort St., Suite 2001
          Detroit, MI  48226
          (313) 226-9186
          Matthew.Roth2@usdoj.gov

Dated:  November 28, 2016

| United States District Court<br>Eastern District of Michigan | Criminal Case C< | Case:2:16-cr-20781<br>Judge: Leitman, Matthew F.<br>MJ: Stafford, Elizabeth A.<br>Filed: 11-28-2016 At 03:31 PM<br>USA V JOHNATHAN TAFOYA-MONTANO (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to c<

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008 [ ]

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes  ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Jonathan Tafoya-Montano

**County where offense occurred :** Wayne

**Check One:**    ☒ Felony       ☐ Misdemeanor       ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/__✓_Information --- based upon prior complaint [Case number: ] 16-mj-30084
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐   Original case was terminated; no additional charges or defendants.
☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 28, 2016
Date

MATTHEW A. ROTH
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9186
Fax: 313-226-2372
E-Mail address:Matthew.Roth2@usdoj.gov
Attorney Bar #: P58549

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.                                10/13/09